PROSPER LAW GROUP, LLP
Gordon F. Dickson, Esq., SBN 136857
Deborah P. Gutierrez, Esq., SBN 240383
Michael E. Thompson, Esq., SBN 266275
6100 Center Drive, Suite 1050
Los Angeles, California 90045
Telephone: (310) 893-6200
Facsimile: (310) 988-2930
Email: deborah@prosperlaw.com

Attorneys for Plaintiffs,
Peter Bos and Julie Bos

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BOS, an individual, and JULIE BOS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE BEAR STEARNS MORTGAGE FUNDING TRUST 2007-AR5; NATIONAL DEFAULT SERVICING CORPORATION; JP MORGAN CHASE, NA, and Does 1 – 10, inclusive,<br><br>Defendants. | Case No. SACV11-1951-DOC (ANx)<br><br>**PLAINTIFFS' OBJECTION TO THE DECLARATION OF NON-MONETARY STATUS OF DEFENDANT NATIONAL DEFAULT SERVICING CORPORATION**<br><br>[Civil Code 2924l] |

Pursuant to Civil Code §2924l, Plaintiffs Peter Bos and Julie Bos, by and through their attorneys of record, file this Objection to the Declaration of Non-Monetary Status filed by Defendant NATIONAL DEFAULT SERVICING CORPORATION ("National Default") and hereby object to such declaration and the averments contained therein on

the grounds that National Default is not sued solely in its capacity as trustee, but rather due to wrongful acts or omissions on its part in the performance of its purported duties as trustee including, inter alia, the recordation of a Notice of Default and Notice of Trustee's Sale.

Dated:   January 3, 2012              PROSPER LAW GROUP, LLP


                              By:  /s/ Deborah P. Gutierrez
                                   Gordon F. Dickson
                                   Deborah P. Gutierrez
                                   Michael E. Thompson
                                   Attorneys for Plaintiffs,
                                   Peter Bos and Julie Bos

PLAINTIFFS' OBJECTION TO THE DECLARATION OF NON-MONETARY STATUS OF DEFENDANT NATIONAL DEFAULT SERVICING CORPORATION

-2-

# PROOF OF SERVICE
<u>Peter Bos v. Wells Fargo Bank, N.A. etc., et al.</u>
<u>United States District Court – Central District of California Case No. SACV11-1951-DOC (ANx)</u>

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 6100 Center Drive, Suite 1050, Los Angeles, California 90045. On January 4, 2012, I served the following document(s) by the method indicated below:

**PLAINTIFFS' OBJECTION TO THE DECLARARATION OF NON-MONETARY STATUS OF DEFENDANT NATIONAL DEFAULT SERVICING CORPORATION**

[ ]  BY CM/ECF ELECTRONIC DELIVERY: In accordance with the registered case participants and in accordance with the procedures set forth at the United States District Court, Central District of California website www.ecf.cacd.uscourts.gov.

[ ]  by transmitting via facsimile on this date from fax number (626) 968-9502 the documents listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

[X]  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date on postage meter date is more than one day after the date of deposit in this Declaration.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on January 4, 2012, at Los Angeles, California.

Brittany Auchard

1

PROOF OF SERVICE

## Service List
### Peter Bos v. Wells Fargo Bank, N.A. etc., et al.
### United States District Court – Central District of California Case No. SACV11-1951-DOC (ANx)

Authorized Agent For Defendant Wells Fargo Bank, N.A. As Trustee For The Bear Stearns Mortgage Funding Trust 2007-AR5
c/o Corporation Service Company
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

National Default Servicing Corporation
c/o C T Corporation System
818 W Seventh Street
Los Angeles, CA 90017

Authorized Agent for Defendant JP Morgan Chase, Na
c/o C T Corporation System
818 W Seventh Street
Los Angeles, CA 90017